# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: MARIA L. ALCAUTER § Case No. 14-82066
§
§
Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 07/01/2014.

2) The plan was confirmed on 09/12/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was converted on 06/25/2015.

6) Number of months from filing or conversion to last payment: 11.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,106.86.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 2,805.96 | |
| Less amount refunded to debtor(s) | $ 240.10 | |
| **NET RECEIPTS** | | $ 2,565.86 |

### Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 2,403.19 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 162.67 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,565.86 |
| Attorney fees paid and disclosed by debtor(s): | $ 10.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| CORBIN LAW FIRM | Lgl | 2,500.00 | 2,533.00 | 2,533.00 | 2,403.19 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 404.91 | 287.10 | 287.10 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 117.81 | 117.81 | 0.00 | 0.00 |
| ADDISON CENTRAL PATHOLOGY | Uns | 127.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Uns | 1,366.19 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 307.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE % AT&T | Uns | 320.62 | 320.62 | 320.62 | 0.00 | 0.00 |
| CHARTER ONE | Uns | 424.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Uns | 558.60 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL MEDICAL | Uns | 32.98 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF REVENUE | Uns | 4,515.20 | 4,515.20 | 4,515.20 | 0.00 | 0.00 |
| CITY OF WOOD DALE AUTOMATED | Uns | 350.00 | NA | NA | 0.00 | 0.00 |
| CONTRACT CALLERS INC | Uns | 403.00 | NA | NA | 0.00 | 0.00 |
| CONTRACT CALLERS INC | Uns | 283.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Uns | 1,383.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATION | Uns | 1,185.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Uns | 413.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 460.00 | 459.54 | 459.54 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FCC NATIONAL BANK | Uns | 1,140.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 1,010.00 | 602.46 | 602.46 | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 459.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 427.00 | 427.22 | 427.22 | 0.00 | 0.00 |
| IC SYSTEM | Uns | 238.00 | NA | NA | 0.00 | 0.00 |
| LINCOLN PARK INSTITUTE | Uns | 251.58 | NA | NA | 0.00 | 0.00 |
| LOU HARRIS COMPANY | Uns | 252.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| NOTRE DAME HIGH SCHOOL FOR | Uns | 13,417.64 | NA | NA | 0.00 | 0.00 |
| NTL ACCT SRV | Uns | 179.00 | NA | NA | 0.00 | 0.00 |
| OUR LADY OF RESURRECTION | Uns | 3,197.40 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Uns | 2,241.00 | 2,524.34 | 2,524.34 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 4,863.00 | 4,863.89 | 4,863.89 | 0.00 | 0.00 |
| RESURRECTION MED GRP OLOR ED | Uns | 435.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQ LLC | Uns | 215.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 684.05 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 826.54 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 127.84 | 127.84 | 127.84 | 0.00 | 0.00 |
| SEARS HOLDING CORP | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 715.00 | 549.68 | 549.68 | 0.00 | 0.00 |
| THE PEDIATRIC FACULTY | Uns | 187.85 | NA | NA | 0.00 | 0.00 |
| TOTAL FINANCE | Uns | 5,592.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Uns | 524.22 | 84.00 | 84.00 | 0.00 | 0.00 |
| VILLAGE OF FRANKLIN PARK | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MELROSE PARK | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Uns | 0.00 | 399.89 | 399.89 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | | | |
|---|---|---|---|
| | Claim Allowed | Principal Paid | Interest Paid |
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 287.10 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 287.10 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 14,992.49 | $ 0.00 | $ 0.00 |

| Disbursements: | |
|---|---|
| Expenses of Administration | $ 2,565.86 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 2,565.86 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date:  07/14/2015          By:  /s/ Lydia S. Meyer
                                         Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)